# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## (Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 )

|  |  |  |
|---|---|---|
| Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America <br>　　　Plaintiffs (Pro Se) <br><br>v. <br><br>United STates Patent and TRademark Office (USPTO), United States Department of Commerce, NASA Goddard Space Flight Center (GSFC) in Greenbelt, Maryland, American INstitute of Physics (AIP), Kennedy Space Center in Cape Canaveral, Florida, and National Science Foundation (NSF) <br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | FILED SCRANTON <br> SEP 1 5 2025 <br> PER_____ <br> DEPUTY CLERK <br><br> C. A. No.: |

*****************************************************************

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the following four defendants in the amount of $500 billion

against the aforementioned defendants for the tortious interference with business relations and/or contracts.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) The plaintiff's strategy to obtain a design patent or utility patent through litigation is to first discuss the exciting topics of **astrophysics, quantum mechanics, astronomy, general relativity, special relativity** and then to delve into or segue into the more boring or mundane topics of **electrical engineering, electronics, electricity and magnetism, and biomedical engineering** which are more relevant to the actual novel ideas of the patent according to **35 U.S.C. Section 101** and a broad interpretation of the stare decisis of ***Diamond v. Chakrabarty***

**https://www.law.cornell.edu/uscode/text/35/101**

**https://www.uspto.gov/sites/default/files/101_step1_refresher.pdf**

**https://en.wikipedia.org/wiki/Diamond_v._Chakrabarty**

2.) Around the time of the Big Bang, many astrophysicists and quantum or theoretical physicists believe that there was something referred to as **supersymmetry (SUSY)** in which there was a **"superpartner" fermion for every boson and vice-versa.**

https://en.wikipedia.org/wiki/Supersymmetry

3.) This idea of a supersymmetry is very different from the idea of gauge symmetry involving the **Yang-Mills Theory, abelian groups and non-abelian groups** and a Lie algebra named after Sophus Lie

https://en.wikipedia.org/wiki/Gauge_theory

https://en.wikipedia.org/wiki/Gauge_symmetry_(mathematics)

https://en.wikipedia.org/wiki/Yang%E2%80%93Mills_theory

4.) In 1964, **<u>Peter Higgs developed the idea of the Higgs Boson as "The God Particle"</u>** which is responsible for the formation of mass through the excitation of the Higgs field around the time of the Big Bang in which the superpartner for the Higgs Boson would be a hypothetical fermion named the **"Higgsino."**

5.) According to the **Standard Model of Particle Physics**, the Higgs Boson is different from the gauge bosons of the **strong, weak, electromagnetic, and gravitational forces.**

https://en.wikipedia.org/wiki/Higgs_boson

6.) **<u>The gauge boson for the strong force is the gluon which binds quarks together</u>** as quarks were discovered by **Murray Gell-Mann** who was eventually awarded the Nobel Prize for his discovery of this fundamental subatomic particle.

https://en.wikipedia.org/wiki/Quark

https://en.wikipedia.org/wiki/Murray_Gell-Mann

7.) The gauge boson for the weak force as the **W and Z bosons** as the gauge boson for the electromagnetic force is the **photon discovered by Max Planck** as the **quanta particle** for light as **Wilhelm Roentgen discovered X-rays** with a higher frequency than visible light and James Clerk Maxwell discovered the Maxwell Equations which equate the electromagnetic force to the electromagnetic waves of light.

https://en.wikipedia.org/wiki/W_and_Z_bosons

https://en.wikipedia.org/wiki/Wilhelm_R%C3%B6ntgen

https://en.wikipedia.org/wiki/Max_Planck

8.) The gauge boson for the weakest of all forces (gravity) is the graviton as **Dr. Kip Thorne discovered two colliding black holes probably at the LIGO interferometer in Washington state or Louisiana** and was awarded the Nobel Prize for his discovery.

https://en.wikipedia.org/wiki/Kip_Thorne

https://en.wikipedia.org/wiki/LIGO

9.) Hypothetically, **The superpartner of the graviton is the gravitino**, the superpartner for the photon is the photino, the superpartner for the electron is the selectron, the superpartner for the quark is the squark, etc..

https://en.wikipedia.org/wiki/Superpartner

10.) According to the Standard Model of Particle Physics, there are six types of quarks, i.e. **up, down, top, bottom, strange, and charm** in which three quarks form a proton and neutron which can be described as a **hadron, baryon, or nucleon**.

https://en.wikipedia.org/wiki/Standard_Model

11.) According to the ideas of string theory, quarks can be broken down into even smaller particles known as strings which would involve five different types of string theories including **type I, type II, heterotic string theory, bosonic string theory, and superstring theory or M-Theory** which would unite all theories and proposed by **Edward Witten of the "Princeton String Quartet."**

https://en.wikipedia.org/wiki/Type_I_string_theory

https://en.wikipedia.org/wiki/Type_II_string_theory

https://en.wikipedia.org/wiki/Heterotic_string_theory

https://en.wikipedia.org/wiki/Bosonic_string_theory

https://en.wikipedia.org/wiki/Superstring_theory

12.) Consistent with string theory is this idea of nodes of vibration and **left-movers and right-movers** although the **Large Hadron Collider (LHC)** as a **particle accelerator in Geneva, Switzerland by CERN** could hypothetically never have the energy required to isolate a string even though this location has been able to isolate the **Higgs Boson on or around 2012**.

https://en.wikipedia.org/wiki/Large_Hadron_Collider

13.) According to the plaintiff's beliefs, Dr. Kip Thorne (as a former friend of Dr. Stephen Hawking) discovered **two colliding supermassive black holes** (forming a **peculiar galaxy**) rather than two colliding stellar mass black holes as **supermassive black holes are at the center of every barred spiral galaxy at the active galactic nucleus (AGN) such as Sagittarius A\*** while stellar mass black holes are formed when the neutron stars reach the **Chandrasekhar Limit of 1.4 solar masses** whereby gravity becomes stronger than the electromagnetic force of a neutron star (**electron degeneracy pressure**) and a star collapses under its own weight to form the stellar mass black hole with an **event horizon, Schwarzschild Radius, and gravitational singularity** according to **Penrose-Hawking Singularity Theorem**.

https://en.wikipedia.org/wiki/Supermassive_black_hole

https://en.wikipedia.org/wiki/Schwarzschild_radius

https://en.wikipedia.org/wiki/Penrose%E2%80%93Hawking_singularity_the orems

https://en.wikipedia.org/wiki/Event_horizon

https://en.wikipedia.org/wiki/Chandrasekhar_limit

14.) Before they became neutron stars, they were **white dwarf stars** in the **Hertzsprung-Russell Diagram** perhaps as **main sequence stars** and the

white dwarf stars become neutron stars when they also reach the **Chandrasekhar Limit of 1.4 solar masses** and perhaps form a **supernova** when the electron degeneracy pressure ejects large atoms and molecules into the intergalactic regions and nebula and other galaxies such as The Milky Way.

https://en.wikipedia.org/wiki/Neutron_star

https://en.wikipedia.org/wiki/Hertzsprung%E2%80%93Russell_diagram

https://en.wikipedia.org/wiki/Main_sequence

15.)    These supernovae can create **standard candles** involving the measure of **luminosity** when the white dwarf stars perhaps create supernovae by ejecting material from the **interplay between collapse of gravity and electron degeneracy pressure (Electromagnetic force).**

https://en.wikipedia.org/wiki/Cosmic_distance_ladder

https://en.wikipedia.org/wiki/Supernova

https://en.wikipedia.org/wiki/Electron_degeneracy_pressure

https://en.wikipedia.org/wiki/White_dwarf

16.)    Chandrasekhar was a student of **Arthur Eddington** who traveled to an island off the coast of Africa to prove **Albert Einstein's idea of general relativity** that the stars behind the sun curve spacetime and warp spacetime and so he waited for a **solar eclipse** to measure the position of the stars

behind the Sun and confirmed that according to **Fermat's Principle** (light travels the shortest path between two points in **Minkowski spacetime**), the position of the stars behind the Sun shifted which proved Albert Einstein's theory of general relativity.

https://en.wikipedia.org/wiki/Arthur_Eddington

https://en.wikipedia.org/wiki/General_relativity

https://en.wikipedia.org/wiki/Fermat%27s_principle

https://en.wikipedia.org/wiki/Geodesic

https://en.wikipedia.org/wiki/Riemannian_manifold

https://en.wikipedia.org/wiki/Gaussian_surface

https://en.wikipedia.org/wiki/Vector_field

https://en.wikipedia.org/wiki/Gravitational_lens

https://en.wikipedia.org/wiki/Gravitational_redshift

https://en.wikipedia.org/wiki/Einstein_ring

https://en.wikipedia.org/wiki/Subrahmanyan_Chandrasekhar

## II.) PARTIES TO THIS LITIGATION

1.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida and Maryland (the plaintiff spends half of the year in Florida and the other half in Maryland traveling with his father who is a widely-recognized musician in several states on the Atlantic coast). His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

2.) The first defendant is United States Patent and Trademark Office (USPTO). The address and phone number for USPTO is 600 Dulany St., Alexandria, VA, 800-786-9199 usptoinfo@uspto.gov

3.) The second defendant United States Department of Commerce. The address and phone number for Department of Commerce is 1401 Constitution Ave NW Washington, DC 20230 (202) 482-2000 Directives@doc.gov FACA@doc.gov

4.) The third defendant is NASA Goddard Space Flight Center (GSFC) in Greenbelt, Maryland9432 Greenbelt Rd, Greenbelt, MD 20771(301) 286-8981GSFC-VisitorCenter@mail.nasa.gov goddard-visitor-center-programs@lists.nasa.gov

5.) The fourth defendant is Kennedy Space Center in Cape Canaveral, FloridaMail Code DNPS, Kennedy Space Center, FL 32899 Space Commerce Way, Merritt Island, FL 32953 ksc-public-inquiries@mail.nasa.gov 1-855-433-4210 ksc-newsroom@mail.nasa.gov ksc-media-accreditat@mail.nasa.gov

6.) The fifth defendant is American INstitute of Physics (AIP)1 Physics Ellipse, College Park, MD 207401305 Walt Whitman Rd., Suite 300

Melville, NY 11747-4300555 12th Street NW, Suite 250, Washington DC 20004web_management@aip.org, +1 301-209-3100(800) 892-8259

7.) The sixth and final defendant is National Science Foundation., 2415 Eisenhower Avenue, Alexandria, VA 22314(703) 292-5111(800) 877-8339

### III.) JURISDICTION AND VENUE

8.) According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

9.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

10.)    Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the District of Eastern Louisiana (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

11.)    As an Article III court, the U.S. District Court for the District of Louisiana also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

12.)    Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

13.)    Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

14.)    Because the amount in controversy does exceeds $75,000 (i.e. $500,000,000,000 is more than $75.000), this court has jurisdiction on the grounds of diversity and a federal question presented.

## IV.) STATEMENT OF FACTS

1.) In the world of electrical engineering and electronics, **the central processing unit (CPU) is a motherboard of integrated circuits** that obeys **Moore's Law** with regards to the doubling of the amount of

integrated circuits ever so many years designed by **Gordon Moore of Texas Instruments (TI)**.

2.)

https://en.wikipedia.org/wiki/Central_processing_unit

https://en.wikipedia.org/wiki/Moore%27s_law

https://en.wikipedia.org/wiki/Gordon_Moore

3.) A motherboard of integrated circuits is a **printed circuit board (PCB)** which has **surface mount technology (SMT)** as opposed to **throughhole technology** or **solderless breadboards.**

**https://en.wikipedia.org/wiki/Printed_circuit_board**

**https://en.wikipedia.org/wiki/Surface-mount_technology**

**https://en.wikipedia.org/wiki/Through-hole_technology**

**https://en.wikipedia.org/wiki/Breadboard**

4.) A printed circuit board (PCB) with surface mount technology (SMT) also has **dual-in-line packaging** (DIP not to be confused with debtor-in-possession in bankruptcy law) with the trademark-look of microchips most of the time manufactured by Intel Corporation in which **Andrew Grove and Robert Noyce** were instrumental as this company is also responsible for the **Area 51 microchip.**

https://en.wikipedia.org/wiki/Dual_in-line_package

https://en.wikipedia.org/wiki/Andrew_Grove

https://en.wikipedia.org/wiki/Robert_Noyce

5.) **The integrated circuit was invented by Jack Kilby of Fairchild Semiconductor and Texas Instruments (TI) in 1947** who was eventually awarded the Nobel Prize for his discovery after the turn of the century in the 2000's.

https://en.wikipedia.org/wiki/Jack_Kilby

https://en.wikipedia.org/wiki/Integrated_circuit

6.) Interestingly enough in what may not be **mutually exclusive events in Minkowski spacetime**, 1947 was also the year that Harry Truman started the **Office of Strategic Services (OSS) as precursor to Central Intelligence Agency (CIA)** and this was also the year the bedouin discovered the **Dead Sea Scrolls** presumably written by the **Essenes at Qumran** and it was also the year of the **Roswell event in New Mexico** which may have been a hoax involving military balloons and a discussion of **Zeta Reticuli as grey aliens** from the movie Independence Day at **Area 51 in Groom Lake Nevada** by Extraterrestrial Highway and Rachel, Nevada.  1947 was also the year that both India and Pakistan gained independence from Great Britain and British Imperialism like America in 1776 after **The Revolutionary War and Declaration of Independence**.

https://en.wikipedia.org/wiki/Minkowski_space

https://en.wikipedia.org/wiki/Dead_Sea_Scrolls

https://en.wikipedia.org/wiki/Roswell_incident

https://en.wikipedia.org/wiki/Office_of_Strategic_Services

https://en.wikipedia.org/wiki/Riverbank_Laboratories

https://en.wikipedia.org/wiki/Elizebeth_Smith_Friedman

https://en.wikipedia.org/wiki/Alan_Turing

https://en.wikipedia.org/wiki/Turing_machine

https://en.wikipedia.org/wiki/Zeta_Reticuli

https://en.wikipedia.org/wiki/Grey_alien

https://en.wikipedia.org/wiki/Sirius

https://en.wikipedia.org/wiki/Damascus_Document

https://en.wikipedia.org/wiki/Muratorian_fragment

https://en.wikipedia.org/wiki/War_of_the_Sons_of_Light_Against_the_Sons_of_Darkness

https://en.wikipedia.org/wiki/Eleazar_Sukenik

7.) According to **Dr. Richard Wolfson of Middlebury College**, a central processing unit (CPU) is also composed of **photo-exposed copper and fiberglass**; Dr. Richard Wolfson teaches courses on physics and electronics through The Great Courses and/or Teaching Company with its principal place of business (ppb) and/or nerve center in Chantilly, Virginia

https://www.thegreatcoursesplus.com/richard-wolfson

https://www.thegreatcoursesplus.com/physics-and-our-universe

https://www.amazon.com/Understanding-Modern-Electronics-Richard-Wolfson/dp/1598032720

https://www.thegreatcoursesplus.com/einstein-s-relativity-and-the-quantum-revolution-modern-physics-for-non-scientists-2nd-edition

https://www.thegreatcoursesplus.com/understanding-modern-electronics

8.) The integrated circuits contain amplifiers and/or transistors which can be **MOSFET's** (Metal Oxide Semiconductor Field Effect Transistors), **JFET's** (Junction Field Effect Transistors), **BJT's** or bipolar junction transistors, **CMOS** (complementary metal oxide semiconductor transistors), and/or **floating gate transistors** which are involved in flash drives and that kind of memory involving sandwiched microchips

https://en.wikipedia.org/wiki/MOSFET

https://en.wikipedia.org/wiki/JFET

https://en.wikipedia.org/wiki/Bipolar_junction_transistor

https://en.wikipedia.org/wiki/CMOS

https://en.wikipedia.org/wiki/Floating-gate_MOSFET

9.) Regarding the paranormal and the esoteric, the plaintiff believes that the phrase **"Mesa is Spanish for Table" (which has an acronym of MISFT) is somehow connected to MOSFET's** and the words MISFITS (t-shirt) in addition to a SWIFT transaction to his former fiance Maria Cherniavska involving a **company d/b/a WISE** and an **International Banking Account Number (IBAN)** from the year 2022 in which the **Ukrainian military transported the plaintiff's former fiance Maria Cherniavska from Kharkiv, Ukraine to Warsaw, Poland** after the plaintiff sent her 300 Euros.  The Wikipedia entry features a fictitious diagram.

https://en.wikipedia.org/wiki/International_Bank_Account_Number

https://en.wikipedia.org/wiki/SWIFT

https://wise.com/us/send-money/?utm_source=google&matchtype=e&device=c&userlocation=9007722&keyword=wise%20send%20money&campaignid=20934525298&adgroupid=161278434207&utm_campaign=20934525298___161278434207&gad_source=1&gad_campaignid=20934525298&gbraid=0AAAAADqE2bA6kIjRA4zA7WKwDjtqRUXea&gclid=Cj0KCQjwh5vFBhCyARIsAHBx2wxbSM9lr9opRk7JeWx3Pf6ZGrjZaQRTIuoKKYt5wf7hNDtwpAXPp_caArHeEALw_wcB

10.)   Because the acronym **MISFT is an anagram of SMIFT**, it should be noted that in mirror writing the "M" is a mirror image of the letter "W" as in **enantiomers with chirality from Organic Chemistry (OC)** and that the letter sequence **"SMIFT" is connected to the word "SWIFT"** in mirror writing where an upside down "M" is a "W" also connected to **Sharp Mesa Vista (SMV) Hospital in San Diego County and Sisters with Voices (SWV) R&B group** from the 1990's representing **Seven Sisters as in the Pleiades asterism** part of the **Orion constellation** and Salem Witches from **Salem, Massachusetts (SM)** as in Sisters with Voices also connected to the plaintiff's song "SOUL MATE" and the phrase The Mona Lisa Smiles in mirror writing whereby **Moore's Law (ML) has same acronym or initial as Mona Lisa**

https://en.wikipedia.org/wiki/Sharp_Mesa_Vista_Hospital

https://en.wikipedia.org/wiki/SWV

https://en.wikipedia.org/wiki/Mirror_writing

https://en.wikipedia.org/wiki/Pleiades

https://en.wikipedia.org/wiki/Orion_Nebula

https://en.wikipedia.org/wiki/Salem,_Massachusetts

https://en.wikipedia.org/wiki/Salem_witch_trials

https://www.youtube.com/watch?v=UnNHEuXLPRg

https://en.wikipedia.org/wiki/Mona_Lisa

https://en.wikipedia.org/wiki/Moore%27s_law

https://www.pinterest.com/pin/943433821942396016/

https://www.pinterest.com/pin/352054895870578997/

https://www.pinterest.com/pin/943433821942395867/

https://www.pinterest.com/pin/943433821942395843/

https://www.pinterest.com/pin/943433821942395742/

https://www.pinterest.com/pin/943433821942395797/

https://www.pinterest.com/pin/943433821942395540/

https://www.pinterest.com/pin/943433821942395646/

https://www.pinterest.com/pin/943433821942395564/

https://www.pinterest.com/pin/943433821937188138/

https://www.pinterest.com/pin/943433821942395750/

https://www.pinterest.com/pin/943433821942395822/

https://www.pinterest.com/pin/943433821945829681/

https://www.pinterest.com/pin/943433821944694061/

15.)   In addition, these are the results from the search engine for "satish Dat Beast" on YouTube which is a well-known subsidiary of Google and the parent corporation Alphabet publicly-traded on New York Stock Exchange (NYSE) or NASDAQ as over-the-counter market (OTC) for technology stocks

https://www.youtube.com/results?search_query=Satish+Dat+Beast

## V.) COUNT ONE: TORTIOUS INTERFERENCE WITH CONTRACT

16.)   Tortious interference with contract arises when a defendant intentionally convinces or causes a third party to breach its contract with the plaintiff, which results in damages to the plaintiff. Some courts refer to the claim by other names, such as tortious or intentional interference with contractual relationship or contract rights.

17.)   The elements of the tort can vary by state but generally include the following:

A.) A valid contract between the plaintiff and a third party exists.

B.) The defendant has knowledge of that contract.

C.) The defendant has the requisite intent to induce the third party to breach the contract with the plaintiff.

D.) The defendant lacks justification to induce that breach.

E.) The breach causes damages to the plaintiff.

18.) Pursuant to **35 U.S.C. Section 101**, the plaintiff is trying to obtain a design patent or utility patent for three ideas in particular related to quantum mechanics, astrophysics, general relativity, and special relativity

19.) Pursuant to the landmark case of ***Diamond v. Chakrabarty***, a Hindu scientist working for General Electric was able to obtain a patent for a microorganism that cleaned up oil spills according to the **Plant Variety Act or Plant Patent Act**.

20.) Accordingly, the legal paperwork required for this process is usually a **Notice of Allowance (NOA), Request for Continued Examination (RCE), and Continued Prosecution Application (CPA)** not to be confused with Certified Public Accountant and American Institute of Certified Public Accountants (AICPA) who observe **generally-accepted accounting principles (GAAP)** promulgated by **Financial Accounting Standards Board (FASB)**.

21.) In addition, the plaintiff is filing a similar case in this jurisdiction against **World Intellectual Property Organization (WIPO) of Geneva, Switzerland** which would focus on an **International Application (IA)** submitted according to **Patent Cooperation Treaty (PCT)**.

22.) As such, the WIPO and USPTO both have jurisdiction and authority to issue a patent nationally in United States according to patent examiners at USPTO and internationally in Geneva, Switzerland according to WIPO and their patent examiners subject to Patent Cooperation Treaty (PCT) involving an International Application (IA) and perhaps **Trade Related Aspects of Intellectual Property (TRIPS)** such as the licensing of generic pharmaceuticals created by **General Agreement on Tariffs and Trade (GATT)** better known as **World Trade Organization (WTO)**.

23.) The important offices under the jurisdiction of USPTO are the **Office of Initial Patent Examination (OIPE)** and **Technology Center (TC)** which supposedly would handle the aforementioned forms of Request for Continued Examination (RCE), Continued Prosecution Application (CPA), and/or the final Notice of Allowance (NOA).

24.) These are the forms which the plaintiff does not know how to fill out with UNited States Patent and Trademark Office (USPTO) under United

States Department of Commerce without a patent or intellectual property attorney

https://www.uspto.gov/sites/default/files/documents/sb0030.pdf

https://www.uspto.gov/continued-prosecution-application-cpa-practice

https://www.uspto.gov/web/offices/pac/mpep/s1303.html

## VI.) COUNT TWO: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

25.)   Tortious interference with business relationship is a similar claim that typically arises when no valid contract exists and a defendant intentionally interferes with the business relationship between a third party and the plaintiff, resulting in damages to the plaintiff. Some courts refer to the claim by other names, such as tortious or intentional interference with prospective or existing business advantage, tortious or intentional interference with prospective or existing economic advantage, and tortious or intentional interference with business expectancy.

26.)   The elements of the tort can vary by state but generally include the following:

A.) A business relationship exists between the plaintiff and a third party that affords the plaintiff some legal right.

B.) The defendant has knowledge of that relationship.

C.) The defendant has the requisite intent to interfere with the relationship between the third party and the plaintiff.

D.) The defendant lacks justification to interfere with that relationship.

E.) The breach causes damages to the plaintiff.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages in the approximate amount of $500 billion against the 6 governmental defendants seeking joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also requesting that the first two defendants United States Patent and Trademark office (USPTO) and United States Department of Commerce award the plaintiff with both a design patent and utility patent for his ideas related to quantum mechanics, astrophysics, general relativity, and special relativity without having to go through the " red tape" of obtaining a patent or intellectual property law attorney to fill out the request for continued examination (RCE), continued prosecution application (CPA), and/or notice of allowance in the Office of Initial Patent Examination (OIPE) and/or Technology Center (TC) presumably in Alexandria, Virginia in the Eastern District of Virginia. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) This proposed judgment in the amount of $500,000,000,000 would be considered to be punitive, compensatory, and treble damages for both the tortious interference with contracts and tortious interference with business relations

according to Restatement (Third) of Torts and perhaps the Restatement (Second) of

Contracts despite the Gist of the Action Doctrine separating common law tort

issues from common law contract issues and the sale of goods in excess of $500

regulated by Article 2 of Uniform Commercial Code (UCC)..

B.) The plaintiff is also seeking the equitable remedy of an injunction requiring

and/or mandating that the first two defendants in particular provide the plaintiff

with a design patent and/or utility patent for his three ideas related to astrophysics

according to 35 U.S.C. Section 101 and a broad interpretation of the stare

decisis/controlling precedent of ***Diamond v. Chakrabarty***.

C.) Furthermore, the plaintiff is seeking the equitable remedy of an injunction

requiring and/or mandating that the defendants NASA Goddard Space Flight

Center (GSFC), American Institute of Physics (AIP), Kennedy Space Center in

Canaveral, Florida, and National Science Foundation (NSF) recognize the

plaintiff's three ideas related to quantum mechanics and astrophysics even though

there is no mathematical proof for these ideas according to the laws of calculus,

geometry, trigonometry, algebra, arithmetic, statistics, Number Theory, topology,

and /or Applied Mathematics.

D.) Pursuant to a broad interpretation of ***Gideon v. Wainwright***, the plaintiff argues

that he is entitled to the effective assistance of counsel according to the Sixth

Amendment even in business law cases and not just criminal law cases involving

felonies and/or misdemeanors.  As such, the plaintiff believes that the court should

appoint him an intellectual property or patent law attorney to help him with his claims with United States Patent and Trademark Office (USPTO) in the event that this complaint in the federal judiciary leads to an administrative proceeding before an Administrative Law Judge (ALJ) and/or an application of the Administrative Procedures Act (APA).


Respectfully submitted,


Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com



RECEIVED
WILKES BARRE

SEP 0 9 2025

PER_____

USMS X-RAY

Attn: Clerk of the Court
U.S. District Court of
Middle Pennsylvania
Max Rosen U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Satish Bhatt
5108 Cornelias Prospect Dr
Bowie, Maryland 20720